IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHAD LEROY ERICKSON,<br>Defendant. | Case No. 3:18-cr-00319-6-JO<br><br>ORDER TO REQUIRE DETAINING AUTHORITIES TO MAINTAIN CONFIDENTIALITY OF MR. ERICKSON'S MEETINGS WITH PROFESSIONAL VISITORS |

This Court has considered Defendant Erickson's Motion to Require Detaining Authorities to Maintain Confidentiality of Mr. Erickson's Meetings with Professional Visitors, filed by his counsel, Thomas K. Coan and Richard L. Wolf, to which Multnomah County Counsel Carlos Calandriello, (on behalf of the Multnomah County Sheriff's Office) does not object and to which AUSA Steve Mygrant (on behalf of the United States of America) takes no position.

Upon finding good cause, the Motion is GRANTED.

IT IS HEREBY ORDERED that:

Page 1 – ORDER TO REQUIRE DETAINING AUTHORITIES TO MAINTAIN CONFIDENTIALITY OF MR. ERICKSON'S MEETINGS WITH PROFESSIONAL VISITORS

Any information about professional visitors with Chad Leroy Erickson while he is in the custody of the Multnomah County Sheriff's Office (and any future detaining authority) and all related written or recorded records, including the "Visitor's Log," shall remain confidential and shall NOT be disclosed or disseminated to any third party, for any purpose, absent an Order of this Court.

IT IS FURTHER ORDERED that:

A copy of this Order shall be affixed to Chad Leroy Erickson's "Visitor's Log" and/or other visitor records. For purposes of this Order "professional visitor," is to be defined as "any person cleared by the detaining authority for contact visits with Mr. Erickson because they are working on behalf of his defense team and fall under the attorney-client privilege. Family members and others who are not eligible for contact/professional visits are *not* to be deemed "professional visitors."

SO ORDERED this \_\_\_1st day of August 2019.

_____
Honorable Robert E. Jones
United States Senior District Judge

Proposed by:

*s/ Richard L. Wolf*
Richard L. Wolf, OSB #873719
Attorney for Defendant Erickson

**Page 2 – ORDER TO REQUIRE DETAINING AUTHORITIES TO MAINTAIN CONFIDENTIALITY OF MR. ERICKSON'S MEETINGS WITH PROFESSIONAL VISITORS**