**Thomas K. Coan, OSB #891732**
Attorney at Law
1001 SW Fifth Avenue, Suite 1400
Portland, Oregon 97204
tom@tomcoan.com

**Richard L. Wolf, OSB #873719**
Attorney at Law
12940 NW Marina Way
Portland, OR 97231
(503) 384-0910
richardlwolf@att.net

Attorneys for Defendant Erickson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br>     Plaintiff, <br><br> vs. <br><br> **CHAD LEROY ERICKSON,** <br>     Defendant. | Case No. 3:18-cr-00319-MO-6 <br><br> **DEFENDANT ERICKSON'S MOTION TO CONTINUE THE APRIL 13, 2020 TRIAL DATE AND WAIVER OF SPEEDY TRIAL RIGHTS** |

COMES NOW Defendant, Chad Leroy Erickson, by and through his CJA-appointed attorneys, Thomas K. Coan and Richard L. Wolf, and hereby moves this court for an Order, continuing the present trial date of April 13, 2020 for a period no less than 120 days to a date convenient to the court and the parties herein.

**Page 1 – DEFENDANT ERICKSON'S MOTION TO CONTINUE THE APRIL 13, 2020 TRIAL DATE AND WAIVER OF SPEEDY TRIAL RIGHTS**

I have discussed the proposed continuance with Defendant Erickson, who is in custody. He agrees with the need for and consents to the requested continuance. I have also advised Defendant Erickson of his rights under the Speedy trial Act. He agrees that the period between the current and next scheduled trial date will be excluded from any Speedy Trial Act calculations.

The United States, by and through AUSA Leah Bolstad does not object to this Motion provided it is granted as to all remaining defendants set for trial and does not result in the severance of any defendant for trial.

Codefendant Kenneth Hause, by and through counsel Todd Bofferding, does not object to this Motion and has filed his own motion to continue the current trial date. Codefendant Joseph Folkerts, by and through his counsel Andrew Kohlmetz, does not object to this motion and has filed his own motion to continue the current trial date. Codefendant Ryan Negrinelli, by and through his counsel Dianna Gentry, does not object to this Motion. Codefendant Mark Dencklau, by and through his counsel Lisa Ludwig, objects to this Motion.

The grounds for this request are set out fully in the accompanying Declaration of Counsel filed herewith *ex parte* and under seal. Despite diligent efforts in preparing the case, the defense cannot be ready for trial as currently scheduled.

**Page 2 – DEFENDANT ERICKSON'S MOTION TO CONTINUE THE APRIL 13, 2020 TRIAL DATE AND WAIVER OF SPEEDY TRIAL RIGHTS**

This is Defendant Erickson's first request for a continuance of trial in this matter.

Respectfully submitted this 24th day of January 2020.

                                              *s/ Richard L. Wolf*
                                              Richard L. Wolf, OSB #873719
                                              Attorney for Defendant Erickson