**Thomas K. Coan, OSB #89173**
tom@tomcoan.com
Attorney at Law
1050 SW Sixth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

**Richard L. Wolf, OSB #873719**
richardlwolf@att.net
Attorney at Law
12940 NW Marina Way
Portland, OR 97231
(503) 384-0910

Attorneys for Defendant Erickson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA,  )  | Case No. 3:18-cr-00319-6-MO |
|---|---|
| Plaintiff, ) | |
| vs. ) | MOTION IN LIMINE |
| CHAD LEROY ERICKSON, ) | |
| Defendant. ) | |

Defendant Chad Erickson, through his attorneys, Thomas Coan and Richard Wolf, hereby waives his right to personally appear at the status conference set for February 4, 2020. Counsel have advised Mr. Erickson of his right to personally appear in court for this hearing, but he asks the Court to allow him to appear through his attorneys.

DATED this 26th day of March 2019.

                                         *s/ Thomas K. Coan*
                                         Thomas K. Coan, OSB 89173
                                         Attorney for Defendant

**Page 1 – WAIVER OF APPEARANCE**